```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
UNITED STATES OF AMERICA,          :
                                   :
                                   :    22 CR 193(VM)
       -against-                   :    ORDER
                                   :
UWEMEDIMO UMOREN,                  :
                                   :
                    Defendant.     :
------------------------------------------X
```

**VICTOR MARRERO, U.S.D.J.:**

    An initial conference in this matter shall be scheduled for April 22, 2022 at 10:30 a.m.

    The Government requests, with the consent of defense counsel, an exclusion of time from the Speedy Trial Act until April 22, 2022. (See Dkt. No. 10.)

    It is hereby ordered that time until April 22, 2022 shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED:**

Dated:    New York, New York
            01 April 2022

_____
Victor Marrero
U.S.D.J.