```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
UNITED STATES OF AMERICA,        :
                                 :
         -against-               :
                                 :
                                 :      22 CR 193(VM)
UWEMEDIMO UMOREN,                :         ORDER
                                 :
              Defendant.         :
---------------------------------X
```

**USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #:_____ DATE FILED: 4/21/2022**

**VICTOR MARRERO, U.S.D.J.:**

In light of the ongoing public health crisis, the conference before the Honorable Victor Marrero on Friday, April 22, 2022 at 10:30 a.m. shall be a teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 839-2198.

**SO ORDERED.**

Dated: New York, New York
       21 April 2022

_____
Victor Marrero
U.S.D.J.