UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------X
UNITED STATES OF AMERICA,             :
                                      :
                                      :      22 CR 193(VM)
        -against-                     :      ORDER
                                      :
UWEMEDIMO UMOREN,                     :
                                      :
                Defendant.            :
-----------------------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

At the request of the Government, and with the consent of defense counsel, the status conference in this matter scheduled for September 9, 2022 shall be adjourned until November 18, 2022 at 1:00 PM.

The Government also requests, with the consent of defense counsel, an exclusion of time from the Speedy Trial Act until November 18, 2022.

It is hereby ordered that time until November 18, 2022 shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED:**

Dated:   New York, New York

         06 September 2022

Victor Marrero
U.S.D.J.