

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/9/2023

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 9, 2023

**BY ECF**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Uwemedimo Umoren*, 22 Cr. 193 (VM)

Dear Judge Marrero:

    The parties jointly write to respectfully request that the Court adjourn the pretrial conference, which is currently scheduled for Friday, January 13, 2023 at 10:30 a.m., for approximately 60 days, to permit the parties to continue to discuss a potential pretrial resolution. The parties have conferred and are generally available on the following dates and times:

    March 10, 2023:    10:00 a.m. – 5:00 p.m.
    March 17, 2023:    10:00 a.m. – 5:00 p.m.
    March 24, 2023:    10:00 a.m. – 5:00 p.m.

    In addition, the Government respectfully requests that time be excluded through the rescheduled pretrial conference, pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), to allow the parties time to review discovery and to engage in discussions regarding a potential pretrial resolution of this matter. The Government respectfully submits that the proposed exclusion would be in the interest of justice. The Government understands that defense counsel consents to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____
Juliana N. Murray
Assistant United States Attorney
(212) 637-2314

---

Requested GRANTED. The Court hereby adjourns the status conference scheduled for January 13, 2023 at 10:30 AM until March 10, 2023 at 2:00 PM. It is also hereby ordered that time until March 10, 2023 shall be excluded from speedy trial calculations. This order of exclusion of time is made pursuant 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

SO ORDERED.
9 January, 2023   Victor Marrero, U.S.D.J.