```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/1/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

UWEMEDIMO UMOREN,

             Defendant.

ORDER

22 Cr. 193 (VM)

WHEREAS, with the defendant's consent, the defendant's guilty plea allocution was made before United States Magistrate Judge Robert W. Lehrburger on August 28, 2023;

WHEREAS, a transcript of the plea allocution was made and thereafter was transmitted to the District Court;

WHEREAS, upon review of the transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

IT IS FURTHER HEREBY ORDERED that the pretrial conference schedule for Friday, September 8, 2023 at 1:00 PM is adjourned sine die.

IT IS FURTHER HEREBY ORDERED that a sentencing for the defendant is scheduled for Friday, December 8, 2023 at 10:00 AM.

**SO ORDERED:**

Dated: New York, New York
       1 September 2023

_____
HONORABLE VICTOR MARRERO
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK