```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/28/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

— against —

UWEMEDIMO UMOREN,

               Defendant.

22-cr-0193(VM)

**ORDER**

**VICTOR MARRERO**, United States District Judge.

The Court has received the letter motion from the Defendant in this case requesting a stay of his sentence pending appeal. (See Dkt. No. 52.) Defendant's sentence of imprisonment is hereby **STAYED** pending appeal pursuant to Federal Rule of Criminal Procedure 38(b)(1).

The Court reserves decision on Defendant's requests to stay restitution and forfeiture. The Consent Order of Restitution (see Dkt. No. 48) and the Consent Preliminary Order of Forfeiture (see Dkt. No. 49) are hereby **STAYED** pending this Court's final ruling on Defendant's requests.

The Government is hereby directed to respond to the matters set forth in Dkt. No. 52 by letter not to exceed three pages, no later than fourteen days from the date of this Order.

**SO ORDERED.**

Dated:    June 28, 2024
            New York, New York

                                                  Victor Marrero
                                                    U.S.D.J.