

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/19/2025

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 38th Floor*
*New York, New York 10278*

August 19, 2025

**By ECF**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Uwemedimo Umoren*, 22 Cr. 193 (VM)

Dear Judge Marrero:

    In light of the Court's order granting defendant Uwemedimo Umoren's motion for a continuance of his surrender date to September 1, 2025, *see* Dkt. 62, the Government respectfully request that the Court endorse this letter motion to rescind the arrest warrant issued on August 15, 2025, *see* Dkt. 60.

                        Respectfully submitted,

                        JAY CLAYTON
                        United States Attorney for the
                        Southern District of New York

        By: _____
              Juliana N. Murray
              Assistant United States Attorney
              (212) 637-2314

cc:    All Counsel of Record (via ECF)

---

Request **GRANTED**. The arrest warrant issued on August 15, 2025, is hereby rescinded.

**SO ORDERED.**  _____
                    Victor Marrero
                    U.S.D.J.

Dated: August 19, 2025